UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

In Re:
    Adebowale C. Adeniyi,

Debtors.

**Order Filed on March 26, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-35531 JKS

Adv. No.:

Hearing Date: 1/25/18 @ 11:00 A.M.

Judge: John K. Sherwood

# ORDER ON MOTION TO IMPOSE AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 26, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:  Adebowale C. Adeniyi,
Case No:  17-35531 JKS
Caption of Order:  ORDER ON MOTION TO IMPOSE AUTOMATIC STAY
_____

   This matter having been brought before the Court by Douglas G. Mitchell, Esq., attorney for Debtor, upon a motion to reinstate the stay as to all creditors, and KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation., Denise Carlon appearing by way of objection to the motion to reimpose the automatic stay as to a 2010 Toyota Venza, VIN 4T3BA3BBXAU018220, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Debtor, and for good cause having been shown

   It is further **ORDERED, ADJUDGED and DECREED** that automatic stay is reinstated as to all creditors except Toyota Motor Credit Corporation;

   It is further **ORDERED, ADJUDGED and DECREED** that the Stay as to the 2010 Toyota Venza, VIN 4T3BA3BBXAU18220, did not go into effect upon the filing of this petition; and

   It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall be permitted to use, sell, or exercise any other ownership rights with regard to the subject property.