UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

In Re:
    Adebowale C. Adeniyi,

Debtors.

**Order Filed on March 26, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-35531 JKS

Adv. No.:

Hearing Date: 1/25/18 @ 11:00 A.M.

Judge: John K. Sherwood

## ORDER ON MOTION TO IMPOSE AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 26, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:  Adebowale C. Adeniyi,
Case No:  17-35531 JKS
Caption of Order:  ORDER ON MOTION TO IMPOSE AUTOMATIC STAY
_____

This matter having been brought before the Court by Douglas G. Mitchell, Esq., attorney for Debtor, upon a motion to reinstate the stay as to all creditors, and KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation., Denise Carlon appearing by way of objection to the motion to reimpose the automatic stay as to a 2010 Toyota Venza, VIN 4T3BA3BBXAU018220, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Debtor, and for good cause having been shown

It is further **ORDERED, ADJUDGED and DECREED** that automatic stay is reinstated as to all creditors except Toyota Motor Credit Corporation;

It is further **ORDERED, ADJUDGED and DECREED** that the Stay as to the 2010 Toyota Venza, VIN 4T3BA3BBXAU18220, did not go into effect upon the filing of this petition; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall be permitted to use, sell, or exercise any other ownership rights with regard to the subject property.

United States Bankruptcy Court
District of New Jersey

In re:  
Adebowale C. Adeniyi  
    Debtor

Case No. 17-35531-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Mar 27, 2018
                            Form ID: pdf903          Total Noticed: 1

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
db             +Adebowale C. Adeniyi,    400 East Front Street,    Plainfield, NJ 07060-1379
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2018 at the address(es) listed below:
```
              David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Douglas G. Mitchell    on behalf of Debtor Adebowale C. Adeniyi douglas@lawyermitchell.com,
               g18162@notify.cincompass.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```