Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.: 17–35531–JKS
                                    Chapter: 7
                                    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adebowale C. Adeniyi
   400 East Front Street
   Plainfield, NJ 07060

Social Security No.:
   xxx–xx–8698

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑   A Motion to Dismiss has been filed by DAVID WOLFF, TRUSTEE.

☐   An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐   The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐   The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐   The corporate debtor is self–represented.

    ☐   Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable John K. Sherwood on,

Date: 6/5/18
Time: 10:00 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Dated: May 16, 2018
JAN:

                                                                   Jeanne Naughton
                                                                   Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                         Case No. 17-35531-JKS
Adebowale C. Adeniyi                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 16, 2018
                              Form ID: 170             Total Noticed: 14

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db             +Adebowale C. Adeniyi,    400 East Front Street,    Plainfield, NJ 07060-1379
517240364      +Best Buy/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
517240365      +Capital One / Best Buy,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
517240366      +Capital One Bank USA NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
517240367      +Direct Loan SVC System,    P.O. Box 5609,    Greenville, TX 75403-5609
517240369      +Mohela/Department of Education,    633 Spirit Drive,    Chesterfield, MO 63005-1243
517240371       NelNet Loan Services,    3015 S. Parker Rd.,    Suite 400,    Indianapolis, IN 46240
517240368     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Lexus Financial Services,    5005 North River Rd.,
                  Cedar Rapids, IA 52411-6634)
517263826      +US Dept of Education,    MOHELA,    633 Spirit Dr.,    Chesterfield, MO 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 16 2018 22:13:24       U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 16 2018 22:13:24       United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517240370      +E-mail/Text: electronicbkydocs@nelnet.net May 16 2018 22:13:25       NelNet,    3015 S. Parker Rd.,
                  Suite 400,    Aurora, CO 80014-2904
517240372      +E-mail/PDF: cbp@onemainfinancial.com May 16 2018 22:14:26       OneMain Financial,
                  6801 Colwell Blvd,    C/S Care Dept,    Irving, TX 75039-3198
517253232       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2018 22:14:12
                  Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                  Norfolk VA 23541
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517240373*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit Corporation,    5005 N. River Blvd NE,
                  Cedar Rapids, IA 52411)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
              David Wolff     dwtrustee@verizon.net, NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Douglas G. Mitchell    on behalf of Debtor Adebowale C. Adeniyi douglas@lawyermitchell.com,
               g18162@notify.cincompass.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```