Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17−35531−JKS
          Chapter: 7
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adebowale C. Adeniyi
   400 East Front Street
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−8698

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/6/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 6, 2018
JAN: zlh

                                                 Jeanne Naughton
                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Adebowale C. Adeniyi  
    Debtor

Case No. 17-35531-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 06, 2018  
                     Form ID: 148    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.
```
db              +Adebowale C. Adeniyi,    400 East Front Street,    Plainfield, NJ 07060-1379
517240364       +Best Buy/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
517240367       +Direct Loan SVC System,    P.O. Box 5609,    Greenville, TX 75403-5609
517240369       +Mohela/Department of Education,    633 Spirit Drive,    Chesterfield, MO 63005-1243
517240371        NelNet Loan Services,    3015 S. Parker Rd.,    Suite 400,    Indianapolis, IN 46240
517263826       +US Dept of Education,    MOHELA,    633 Spirit Dr.,    Chesterfield, MO 63005-1243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2018 00:35:55      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2018 00:35:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517240365       +EDI: CAPITALONE.COM Jun 07 2018 11:59:00      Capital One / Best Buy,    P.O. Box 30253,
                 Salt Lake City, UT 84130-0253
517240366       +EDI: CAPITALONE.COM Jun 07 2018 11:59:00      Capital One Bank USA NA,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
517240370       +E-mail/Text: electronicbkydocs@nelnet.net Jun 07 2018 00:35:57      NelNet,    3015 S. Parker Rd.,
                 Suite 400,    Aurora, CO 80014-2904
517240372       +EDI: AGFINANCE.COM Jun 07 2018 11:49:00      OneMain Financial,    6801 Colwell Blvd,
                 C/S Care Dept,    Irving, TX 75039-3198
517253232        EDI: PRA.COM Jun 07 2018 11:49:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517240373        EDI: TFSR.COM Jun 07 2018 11:43:00      Toyota Motor Credit Corporation,    5005 N. River Blvd NE,
                 Cedar Rapids, IA 52411
517240368        EDI: TFSR.COM Jun 07 2018 11:43:00      Lexus Financial Services,    5005 North River Rd.,
                 Cedar Rapids, IA 52411-6634
                                                                                                 TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2018 at the address(es) listed below:
```
              David Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Douglas G. Mitchell    on behalf of Debtor Adebowale C. Adeniyi douglas@lawyermitchell.com,
               g18162@notify.cincompass.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```