| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**DAVID WOLFF, TRUSTEE**<br>396 Route 34<br>Matawan, New Jersey 07747<br>(732) 566-1189<br>DW/1993 | Order Filed on June 6, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**ADEBOWALE C. ADENIYI,**<br><br>        Debtor. | Case No.: 17-35531-JKS<br><br>Chapter 7 Proceeding<br><br>Judge: Honorable John K. Sherwood |

### ORDER DISMISSING PETITION

  The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: June 6, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon consideration of the Motion of David Wolff, Trustee, for an order dismissing debtor's petition for failure to cooperate with the Trustee by not producing required documentation despite repeated requests over an extended period of time, and upon due notice to all parties in interest, and good cause appearing therefore, it is hereby

ORDERED, that the within case be and it is hereby DISMISSED; and it is further

ORDERED, that notice of this dismissal be given to all creditors and parties in interest by the Clerk of the Bankruptcy Court.

United States Bankruptcy Court
District of New Jersey

In re:  
Adebowale C. Adeniyi  
    Debtor

Case No. 17-35531-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 06, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.  
db         +Adebowale C. Adeniyi,   400 East Front Street,   Plainfield, NJ 07060-1379

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2018 at the address(es) listed below:

        David Wolff   dwtrustee@verizon.net, NJ50@ecfcbis.com  
        Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Douglas G. Mitchell   on behalf of Debtor Adebowale C. Adeniyi douglas@lawyermitchell.com, g18162@notify.cincompass.com  
        Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 5